Deborah R. Rosenthal (# 184241)
drosenthal@simmonsfirm.com
G. Michael Stewart (*previously pro hac vice,* now # 304926)
mstewart@simmonsfirm.com
**Simmons Hanly Conroy LLC**
100 N. Sepulveda Blvd., Suite 1350
El Segundo, CA 90245
Phone: (415) 536-3986

Attorneys for Plaintiffs

Lee N. Smith (# 138071)
lsmith@ch-law.com
Craig A. Tristão (# 256528)
ctristao@ch-law.com
**Coleman & Horowitt LLP**
**499 W. Shaw Ave., Suite 116**
**Fresno, CA  93704**
Phone: (559) 248-4820
Fax: (559) 248-4830

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE BLACKWOOD, individually and as guardian ad litem for  E.B., et al.,<br><br>　　　　Plaintiffs,<br>　　v.<br><br>MARY DE VRIES, individually and dba N&M DAIRY (aka N&M DAIRY # 1 and N&M DAIRY # 2) and as trustee of the NEIL AND MARY DE VRIES FAMILY TRUST; et al.,<br>　　　　Defendants. | Case No.:  ED CV 14-00395 JGB SPx<br><br>**ORDER DISMISSING ACTION PURSUANT TO FRCP 41** |

Pursuant to the stipulated settlement agreement of the parties filed on April 18, 2017, Dkt. No. 377, approved by this Court on May 25, 2017, Dkt. No. 396, and the joint request of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Plaintiffs' action is dismissed with prejudice as to all Defendants.
2. The parties shall bear all fees and costs associated with the case as set forth in the Confidential Settlement Agreement.
3. Following dismissal of the action, the Court expressly retains jurisdiction to enforce the terms of the settlement agreement.

Dated: October 25, 2017

Honorable Jesus G. Bernal,
United States District Court Judge